# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY JONES, et al. | CASE NUMBER: |
| Plaintiff(s), | 2:06−cv−06571−DDP−RC |
| v. | |
| STEPHEN BROWN, et al. | **NOTICE OF DEFICIENCY** |
| Defendant(s). | **DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of ___ for the following reason(s):

- \_ No declaration as required by F.R.Civ.P 55(a)
- \_ No proof of service/waiver of service on file
- \_ The name of the person served does not exactly match the person named in complaint
- \_ Proof of Service is lacking required information
- \_ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- \_ Time to respond has not expired
- \_ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- \_ Request for Entry of Default has been forwarded to the assigned Judge
- \_ Party dismissed from action on
- \_ Case terminated on
- \_ Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- \_ Other:

The Clerk cannot enter the requested **Default Judgment** against  <u>Stephen Brownl Milagro Entertainment, Mary Brown</u>  for the following reason(s):

- \_ No Entry of Default on file
- \_ No declaration as required by F.R.Civ.P 55(b)
- \_ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- \_ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- \_ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- \_ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- \_ Amount sought is not for a sum certain or cannot be computed to a sum certain
- \_ Attorney Fees sought not in compliance with Local Rule 55−3
- \_ Amount sought for costs is incorrect
- \_ Case terminated on
- X Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- X Other: Plaintiff Robert Ross was represented by attorney Gerda A Kleijkamp , no record of order substituting Plaintiff Robert M Ross in pro per. Filer has added himself as his own attorney on docket. Therefore clerk cannot renew the judgment. Missing proposed judgment with the money breakdown with the Signature of the Judge. The proposed order, is the Notice of Renewal for the clerk to issue. Note the date of the original judgment was April 24, 2007, Please Resubmit documents in a proper format to be heard by the Judge due to the above deficiencies.

CV−52B(09/12)        NOTICE OF DEFICIENCY − DEFAULT/DEFAULT JUDGMENT

CLERK, U.S. DISTRICT COURT

Date: April 25, 2017          By:  /s/ *Linda Chai*
                                   Deputy Clerk
                                   Linda_Chai@cacd.uscourts.gov